JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE TAHMASIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. CV 16-6077 FMO (ASx)<br><br><br>**ORDER DISMISSING ACTION** |

　　Having reviewed pro se plaintiff's Notice of Voluntary Dismissal of Case Number: CV 16-6077 Without Prejudice (Dkt. 31, "Notice"), which seeks dismissal of the action without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, (see id.), and defendant United States of America's Statement of Non-Opposition to Plaintiff's Voluntary Dismissal (Dkt. 32), IT IS ORDERED THAT this action is dismissed without prejudice.

Dated this 12th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　United States District Judge